UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISON
ASHLAND

Eastern District of Kentucky
FILED

MAY 2 1 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 26-32DB-EBA
18 U.S.C. § 922(g)(1)

STEVEN EDWARDS

\*  \*  \*  \*  \*

THE GRAND JURY CHARGES:

On or about September 30, 2025, in Boyd County, in the Eastern District of Kentucky,

**STEVEN EDWARDS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Ruger, Model EC9S, 9mm caliber pistol bearing serial number 457-62849, that was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1.    By virtue of the commission of the offense alleged in the Indictment, **STEVEN EDWARDS** shall forfeit to the United States any and all firearms and

ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922.

Any and all interest that **STEVEN EDWARDS** has in this property is vested in and

forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2.     The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

a) a Ruger, Model EC9S, 9mm caliber pistol bearing serial number 457-62849; and

b) Ammunition.

**A TRUE BILL**

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

CYNTHIA T. RIEKER
ASSISTANT UNITED STATES ATTORNEY

## **PENALTIES**

Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:**        Mandatory special assessment of $100.

**PLUS:**        Forfeiture.

**PLUS:**        Restitution, if applicable.